THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-142RAJ |
| Plaintiff, | ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW AND FOR APPOINTMENT OF CJA COUNSEL |
| v. | |
| ANDREW PETER SOLOMON, | |
| Defendant. | |

THIS COURT has considered the *ex parte* motion made by Assistant Federal Public Defenders Christopher Sanders, Sara Brin, and the Office of the Federal Public Defender to withdraw as counsel for Andrew Peter Solomon, as well as all the filings and records provided to the Court in this case.

IT IS NOW ORDERED that the Motion (Dkt. #29) is GRANTED. Christopher Sanders, Sara Brin, and the Office of the Federal Public Defender are withdrawn from this case and substitute CJA counsel shall be appointed to represent Mr. Solomon.

DATED this 5th day of December, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO WITHDRAW AND FOR
APPOINTMENT OF CJA COUNSEL
(*United States v. Solomon*, CR19-142RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**