HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW PETER SOLOMON,<br><br>Defendant. | CASE NO. CR19-142RAJ<br><br>ORDER ON DEFENDANT'S MOTION TO PROCEED WITH GUILTY PLEAS VIA TELEPHONE OR VIDEOCONFERENCING |

THE COURT having considered Defendant's motion to proceed with guilty plea hearings by teleconferencing and/or video conferencing, and the records and files herein, hereby finds as follows:

Pursuant to Section 15002(b)(2)(A) of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), the Court finds that due to the length of the parties' anticipated sentencing recommendations and the amount of time the defendant has already served in custody, this case cannot be further delayed without serious harm to the interests of justice. Therefore, the Court GRANTS the motion (Dkt. #36) and orders the parties to schedule a telephone or video plea hearing in this matter.

DATED this 20th day of May, 2020.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge