HON. RICHARD A. JONES

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW PETER SOLOMON, <br><br> Defendant. | CASE NO. CR19-142RAJ <br><br> ORDER ON DEFENDANT'S MOTION TO PROCEED WITH SENTENCING VIA VIDEOCONFERENCE |

THE COURT having considered Defendant's motion to proceed with sentencing by video conference, and the records and files herein, hereby finds as follows:

Pursuant to Section 15002(b)(2)(A) of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), the Court finds that due to the length of the parties' anticipated sentencing recommendations and the amount of time Defendant has already served in custody, this case cannot be further delayed without serious harm to the interests of justice.  Therefore, the Court GRANTS the motion (Dkt. #50) and orders that the sentencing in this matter shall proceed by videoconference, with Mr. Solomon appearing by video from the Federal Detention Center at SeaTac.

DATED this 9th day of October, 2020.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge