DISTRICT JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SOLOMON,<br><br>Defendant. | NO. CR19-00142-RAJ<br><br>ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE DISPOSITION MEMORANDUM AND ACCOMPANYING EXHIBIT UNDER SEAL |

THE COURT having considered the motion to file defendant's Disposition Memorandum and Accompanying Exhibit under seal for referring to and citing documents which are not in the public domain, the Court hereby makes the following findings:

That based upon the reasons set forth in defense counsel's motion to file under seal:

IT IS THEREFORE ORDERED that defendant Andrew Solomon is hereby given leave to file his Disposition Memorandum and accompanying exhibit under seal.

DATED this 17th day of November, 2023.

_____
HON. RICHARD A. JONES

ORDER - 1

LAW OFFICE OF TIMOTHY LOHRAFF, P.S.
5005 51st Avenue S.
Seattle, WA 98118
(206) 940-6523
Lohrafflaw@gmail.com